IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RONALD HAMILTON                                                                                      PLAINTIFF

v.                                    Case No. 6:20-cv-06129

DEANGELO EARL, TODD BALL,
MAURICE CUCLAGER, and BRYANT
DAVIS (All of the Arkansas Department of
Corrections Ouachita River Unit)                                                                     DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed November 12, 2020, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 5). Judge Ford recommends that the Court dismiss Plaintiff's official capacity claims without prejudice as the Defendants in this case are employees of the Arkansas Department of Corrections.

Plaintiff has not filed objections to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 5) *in toto*. Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of January, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge